George M. Reiber
Chapter 13 Trustee
3136 Winton Road South
Rochester NY 14623
(585) 427-7225

$3.02
# 8119
5/25/11

May 23, 2011

*Paul R. Warren, Clerk of Court United States Bankruptcy Court, WDNY*
*1220 U.S. Courthouse, Bankruptcy Division*
*100 State Street*
*Rochester, NY 14614*

Re:   Trenia L Dozier; BK 05-25694

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $3.02. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

    The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| | | |
|---|---|---|
| Trenia L Dozier | $3.02 | Debtor Refund |

/s/_____
George M. Reiber, Trustee


